UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO TREVIZO,<br><br>          Petitioner,<br><br>   v.<br><br>UNKNOWN,<br><br>          Respondents. | No. 2:13-cv-01823 CKD P<br><br>ORDER |

Mr. Trevizo has filed what appears to be a request for an extension of time to file a petition for writ of habeas corpus. However, he has not yet initiated a habeas action and the court does not grant extensions of time to file habeas petitions before any habeas action has been commenced. Therefore, the court will direct the Clerk of the Court to close this case. The court will also direct the Clerk to send Mr. Trevizo the court's form-application for writ of habeas corpus by persons in state custody. When Mr. Trevizo is ready to initiate a habeas action, he should complete the form and return it to the proper court.

/////

/////

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Mr. Trevizo's motion for an extension of time (ECF No. 1) is denied;

2. The Clerk of the Court is directed to send Mr. Trevizo the court's form-application for writ of habeas corpus by persons in state custody; and

3. The Clerk of the Court is directed to close this case.

Dated: September 10, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
trev1823.ext

2